IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02939-MJW

GEORGE ARMAND,

Plaintiff,

v.

OFFICEMAX INCORPORATED, *a Delaware Corporation*,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Joint Motion to Amend Scheduling Order (Docket No. 22) is GRANTED for good cause shown.  It is further ORDERED that the Scheduling Order (Docket No. 18) is AMENDED as follows:

- Affirmative expert witness disclosures are due June 11, 2015;
- Rebuttal expert witness disclosures are due June 25, 2015;
- The deadline to serve written discovery is June 29, 2015;
- The discovery cut-off is extended to August 3, 2015; and
- The dispositive motions deadline is extended to September 3, 2015.

Date: April 1, 2015