IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 14-cv-02939-MJW

**GEORGE ARMAND**

    Plaintiff,

v.

**OFFICEMAX INCORPORATED, a Delaware Corporation**

    Defendant.

---

**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE**
( Docket No. 26 )

This matter is before the Court on the Parties' Joint Motion for Dismissal with Prejudice. The Court, having reviewed the Motion and being fully informed, hereby GRANTS the Joint Motion for Dismissal with Prejudice and ORDERS:

All claims which were brought or could have been brought in this action by Plaintiff against Defendant are dismissed WITH PREJUDICE. Each party shall bear his or its own attorneys fees and costs.

DATED this 30th day of June 2015.

BY THE COURT:

_/s/ Michael J. Watanabe_

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO